636 - 6th Floor East Courtroom, 9:00 A.M.                    Thursday, May 01, 2014

Guy, Gibbons, Griffin

13-4233   William Eastham, et al. v. Chesapeake Appalachia, L.L.C.


William Eastham, et al                                    ret  Carl Anderson Frankovitch

    **Plaintiffs - Appellants**


V.

Chesapeake Appalachia, L.L.C.                             ret  James Christopher Martin

    **Defendant – Appellee**


Ct Rm Dep:
BPA
w/ JRH

Plaintiffs appeal the summary judgment for the defendant in this case arising from a dispute over an oil and gas lease associated with property owned by plaintiffs (15 Minutes per Side)